UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
AT BALTIMORE

| | |
|---|---|
| IN RE: | BCN#:   15-10669 |
| ROBERT H ROOT, JR | Chapter   13 |
| Debtor(s) | |
| WELLS FARGO, NA<br>and its assignees and/or<br>successors in interests, | |
| v. | |
| ROBERT H ROOT, JR | |

Notice of Representation

    THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

    1. The undersigned is counsel of record for WELLS FARGO, NA, a secured creditor of the above referenced Debtor(s) whose debt is secured   by real property.

    2. Counsel requests that copies of any further notices, pleadings, plans, etc. be sent to SHAPIRO & BROWN, LLP, 10021 Balls Ford Road, Suite 200, Manassas, Virginia 20109.

    By   /s/ Sarah M. Simon
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Sarah M. Simon, Esquire
Federal I.D. Bar No. 18777
counsel for WELLS FARGO, NA
SHAPIRO & BROWN, LLP
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VIRGINIA 20109
(703) 449-5800   14-241826

CERTIFICATE OF SERVICE

I hereby certify that on the 18th___ day of __March___, __2015__ I mailed copies of the Foregoing Notice by electronic or first class mail to:

Robert H Root, Jr
2900 EMERALD ROAD                                        Debtor(s)
Baltimore, MD 21234

JAMES R. LOGAN
2419 MARYLAND AVENUE
Baltimore, MD 21218                                      Debtor's Attorney


ELLEN W COSBY
300 E. Joppa Road
Suite 409
Towson, MD 21286                                         Chapter 13 Trustee



    /s/ Sarah M. Simon_____
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Sarah M. Simon, Esquire
Federal I.D. Bar No. 18777
SHAPIRO & BROWN, LLP
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VIRGINIA 20109
(703) 449-5800   14-241826